IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| TATIANA LISA COMPTON, | ) |
| | ) |
| Petitioner, | ) Case No. 5:24-cv-004 |
| | ) |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| SCOTT COMPTON, | ) |
| | ) |
| Respondent. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, Petitioner Tatiana Lisa Compton's Verified Petition for Return of the Children to England, ECF No. 1, is **GRANTED**. The court **ORDERS** the return of A-LC and MKC to Petitioner to live in England, and further **ORDERS** that upon the children's return to England, Petitioner shall enroll A-LC and MKC at Aldbury School, and that the children shall remain enrolled in this school. Petitioner shall provide notice to this court and all counsel of record as to the children's enrollment at Aldbury School within thirty (30) days of the date of this order. This undertaking will expire once the courts of England have entered final disposition on all issues pertaining to custody of A-LC and MKC.

Finally, Petitioner is permitted sixty (60) days to file an application for attorneys' fees and expenses, Respondent shall have thirty (30) days to respond thereafter, and Petitioner may then file any reply within fourteen (14) days after that.

It is **SO ORDERED**.

Entered: March 21, 2024

Michael F. Urbanski
Chief United States District Judge